Priority Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

ENTERED
CLERK, U.S. DISTRICT COURT
MAR 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERT CAVAZOS, | Case No. CV 05-8266-ABC (JWJ) |
| Petitioner, | ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| vs. | |
| DAVID L. RUNNELS, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is **dismissed with prejudice.**

///
///
///
///
///

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

DOCKETED ON CM
MAR 14 2006
BY SB

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order, the Magistrate's Judge's Report and Recommendation, and the Judgment herein by the United States mail on petitioner.

DATED: 3/10/06

_____
AUDREY B. COLLINS
United States District Judge