ENTERED
CLERK, U.S. DISTRICT COURT
MAR 14 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

FILED
CLERK, U.S. DISTRICT COURT
MAR 10 2006
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROBERT CAVAZOS, | Case No. CV 05-8266-ABC (JWJ) |
| Petitioner, | JUDGMENT |
| vs. | |
| DAVID L. RUNNELS, Warden, | |
| Respondent. | |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: 3/10/06

_____
AUDREY B. COLLINS
United States District Judge

✓ Docketed
___ Copies / NTC Sent
✓ JS-5 / JS-6
___ JS-2 / JS-3
___ CLSD

DOCKETED ON CM
MAR 14 2006
BY ___